**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **TRANSLUCENT COMMUNICATIONS, LLC** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | Civil Action No. WGC-08-3235 |
| | : | |
| **AMERICAS PREMIERE CORP.** *et al.* | : | |
| | : | |
| **Defendants** | : | |

## ORDER

In accordance with the foregoing Memorandum Opinion, IT IS this 24th day of February, 2010, by the United States District Court for the District of Maryland, **ORDERED**:

    1.    That Plaintiff's Motion for Summary Judgment (Document No. 53) BE, and the same hereby IS, **GRANTED**;

    2.    That judgment is entered in favor of Plaintiff and against Defendants as to *liability only*;

    3.    That with regard to Count IV, Violation of the Anti-Cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d)(1)(A), Plaintiff is **AWARDED** the maximum statutory damages of $100,000. Because Plaintiff requested this relief, Plaintiff is not entitled to actual damages and costs pursuant to 15 U.S.C. § 1117(a);

    4.    That with regard to Count IV, Defendants are hereby **ORDERED** to (a) immediately remove the APC Wireless website from the Translucent website, (b) relinquish the registration of the domain name, *translucentcommunications.com*, and (c) transfer their (Defendants') registration of such domain name to Plaintiff Translucent Communications, LLC;

    5.    That with regard to Count VI, Promissory Estoppel/Detrimental Reliance,

Defendants must assume full responsibility for any losses incurred by Plaintiff;

      6.      That Plaintiff must serve a copy of this Order and foregoing Memorandum Opinion to *Register.com*, the registrar of Plaintiff's domain name; and

      7.      That with regard to any damages requested by Plaintiff and not specifically awarded by the Court, Plaintiff will have to present evidence to a trier of fact supporting the amount of damages Plaintiff seeks.

                                                      _____/s/_____
                                                             WILLIAM CONNELLY
                                                  UNITED STATES MAGISTRATE JUDGE