IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TRANSLUCENT COMMUNICATIONS ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMERICAS PREMIERE CORP., *et al.* ) <br> ) <br> Defendants. ) | Civil Action No. WGC-08-3235 |

## ORDER

On February 24, 2010 this Court granted judgment in favor of Plaintiff and against Defendants as to liability only. *See* Document No. 69. The case remains open as to any damages requested by Plaintiff and not specifically awarded by the Court. *Id.* Notwithstanding documents related to the Motion to Withdraw as Attorney, *see* Document Nos. 70 – 72, the Court file reflects no document has been filed for more than nine (9) months.

In the Order of January 31, 2011 (Document No. 73) the Court directed the parties to show cause why this case should not be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 103.8.b. The Court directed the parties to show cause by February 18, 2011. To date, none of the parties have responded to the Court's Order of January 31, 2011.

Accordingly, IT IS this 24th day of February, 2011 by the United States District Court for the District of Maryland, **ORDERED**:

1. That the action is hereby **DISMISSED WITHOUT PREJUDICE** in accordance with Federal Rule of Civil Procedure 41(b) and Local Rule 103.8.b (D. Md. 2010); and

1

2. That the Clerk **CLOSE** this case.

/s/
_____
WILLIAM CONNELLY
UNITED STATES MAGISTRATE JUDGE